ALBERT G. NEGLEY, JR., DEFENDANT IN ERROR, v. NEW YORK LIFE INSURANCE CO., PLAINTIFF IN ERROR.

Submitted January 10, 1908—Decided June 15, 1908.

This court will not consider assignments of error, based upon alleged exceptions, if the printed book furnished to the court shows no exceptions signed by the judge in the court below.

On error to the Supreme Court.

For the plaintiff in error, *Francis C. Lowthorp* and *John Kirkland Clark* (of the New York bar).

For the defendant in error, *Raymond, Van Blarcom & Anthony*.

The opinion of the court was delivered by

PITNEY, CHANCELLOR. This writ of error brings under review a judgment of the Supreme Court based upon the verdict of a jury. The assignments of error, so far as relied upon in argument, are all directed at supposed trial errors. So far, however, as the printed state of the case furnished to the court shows, only one exception was sealed by the trial justice, and this referred to that portion of the charge to the jury relating to the measure of damages. No assignment of error challenges this instruction, and it is admitted in the brief of the plaintiff in error that there is no doubt of its legal correctness.

This court will not consider assignments of error, based upon alleged exceptions, if the printed book shows no bill of exceptions signed by the trial judge. *McLaughlin* v. *Davis*, 35 *Vroom* 360; *Davis* v. *Littel, Id.* 595; *Conrad* v. *Brocker*, 41 *Id.* 823.

No error being shown, the judgment must be affirmed.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, BOGERT, VREDEN-BURGH, VROOM, GREEN, GRAY, DILL, JJ. 13.

*For reversal*—None.